UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,

       -against-

       16 CR 328-08 (VB)

Loren Perry

             Defendant.
-----------------------------------------------------x



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-14-17

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated April 14, 2017, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: June 14, 2017
      White Plains, NY

SO ORDERED.

_____
Vincent L. Briccetti
United States District Judge